# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                    Chapter 13


CAROL MCGEE                              Bankruptcy No. 22-12178-MDC

1009 CONCORD AVE

DREXEL HILL, PA 19026


        Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CAROL MCGEE

1009 CONCORD AVE

DREXEL HILL, PA 19026

**Counsel for debtor(s), by electronic notice only.**
JOHN L. MCCLAIN, ESQ.
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/19/2022                                                          /s/ Kenneth E. West

_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee