# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 22-12178-MDC

CAROL MCGEE

1009 CONCORD AVE

DREXEL HILL, PA 19026

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CAROL MCGEE

    1009 CONCORD AVE

    DREXEL HILL, PA 19026

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 12/20/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee