**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                         : Chapter 13

**McGee, Carol**

       **Debtor**

                                                :         22-12178

**CERTIFICATE OF SERVICE OF**
**DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on <u>February 15, 2023</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor(s)' FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>February 15, 2023</u>

                                           <u>"/s/"Mitchell J. Prince</u>
                                           John L. McClain, Esquire
                                           Mitchell J. Prince, Esquire
                                           Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072