**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     McGee, Carol | |
| | : 22-12178 |
|     Debtor | |
| | : Hearing Date, Time and Place: |

> Date: March 21, 2023
> Time: 10:30 AM
> United States Bankruptcy Court
> 900 Market Street
> Philadelphia, PA 19107
> Court Room #2

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

The above-named debtor filed an objection to the proof of claim No. 4 LVNV filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminate.**  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman on March 21, 2023, at 10:30 AM, in Courtroom #2, United State Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: February 16, 2023

    Attorney for Objector
    Mitchell J. Prince, Esquire
    John L. McClain, Esquire
    John L. McClain & Associates.
    PO Box 123
    Narberth, PA 19072-0123
    Telephone: 1-800-657-7216
    Fax No.:   1-888-857-1967