**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    McGee, Carol

    **Debtor**

:       22-12178

**CERTIFICATE OF SERVICE**

    I certify that copies of the **Debtor's Objection to Proof of Claim, proposed Order, Notice of hearing,** were served upon the trustee and the claimant listed below, by mailing such copies by first class, regular U.S. mail, postage prepaid or by electronic means on February 16, 2023.

        "/s/"Mitchell J. Prince, Esquire
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

LVNV Funding, LLC c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-5884
ATTN: Brandie McCann

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106