**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| McGee, Carol | | |
| Debtor | : | 22-12178 |

**ORDER**

AND NOW, this  21st  day of  March  2023, upon consideration of the Debtors' objection to Claim No. 4, notice and hearing, it is hereby ORDERED, ADJUDGED AND DECREED:

1. The objection is sustained.

2. LVNV Funding, LLC c/o Resurgent Capital Services's claim No. 4 is disallowed and stricken from the Debtor's Claims Register.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Copy to:

John L. McClain, Esquire
PO Box 123
Narberth, PA 19072

LVNV Funding, LLC c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-5884
ATTN: Brandie McCann

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106