United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12178-mdc |
| Carol McGee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol McGee, 1009 Concord Ave, Drexel Hill, PA 19026-2609 |
| 14714695 | + | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14714699 | + | Sean McGee, 1009 Concord Ave, Drexel Hill, PA 19026-2609 |
| 14718604 | + | The Bank of New York Mellon, as trustee, C/O Rebecca Solarz, Esquire, KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14714701 | + | Trojan Professional Srvs, Attn: Bankruptcy, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 14771469 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14771468 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14714690 | + | Email/Text: backoffice@affirm.com | May 18 2023 23:55:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14714691 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 19 2023 00:17:19 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14723083 | + | Email/PDF: ebn_ais@aisinfo.com | May 19 2023 00:04:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14714692 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 18 2023 23:54:00 | Carrington Mortgage Services, Attn: Bankruptcy, PO Box 3730, Anaheim, CA 92803-3730 |
| 14722784 | | Email/Text: ECMCBKNotices@ecmc.org | May 18 2023 23:54:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14714693 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 18 2023 23:55:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14714694 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 18 2023 23:55:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14714696 | ^ | MEBN | May 18 2023 23:50:35 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14715848 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 00:04:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14726898 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 23:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14727814 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 23:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14714698 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2023 00:05:41 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14714936 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:04:34 | Synchrony Bank, c/o of PRA Receivables |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 23

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14714700 | + | Email/PDF: gecsedi@recoverycorp.com | May 19 2023 00:04:57 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14726358 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 18 2023 23:54:00 | The Bank of New York Mellon, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14714701 | + | Email/Text: collectionservices@trojanonline.com | May 18 2023 23:54:00 | Trojan Professional Srvs, Attn: Bankruptcy, PO Box 1270, Los Alamitos, CA 90720-1270 |
| 14714702 | + | Email/Text: ECMCBKNotices@ecmc.org | May 18 2023 23:54:00 | U.S. Department of Education, ECMC/Attn: Bankruptcy, P.O. Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14714697 | | McGee |
| 14726899 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN
on behalf of Debtor Carol McGee aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: May 18, 2023 | Form ID: 155 | Total Noticed: 23 |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Carol McGee
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12178−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this May 18, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                            Magdeline D. Coleman
                            Chief Judge ,
                            United States Bankruptcy Court