# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carol McGee<br>                  Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13<br>                  Movant<br>    vs.<br>Carol McGee<br>                  Debtor(s)<br>Kenneth E. West<br>                  Trustee | NO. 22-12178 MDC<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 29 th day of June, 2023 it is hereby **ORDERED** that if *Carol McGee* (the "Debtor(s)") and *The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13* ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

Magdeline D. Coleman
United States Bankruptcy Judge