United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12178-mdc |
| Carol McGee | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

**Recip ID         Recipient Name and Address**
db                  + Carol McGee, 1009 Concord Ave, Drexel Hill, PA 19026-2609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

**Name**                              **Email Address**
BRIAN CRAIG NICHOLAS
                                      on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                                      on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOHN L. MCCLAIN
                                      on behalf of Debtor Carol McGee aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
                                      ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                                      on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Jul 13, 2023     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 mfarrington@kmllawgroup.com

United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
McGee, Carol

    Debtor : 22-12178

## ORDER

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $8,375.00.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,000.00 which was paid by the Debtor pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** July 13, 2023

*Magdeline D. Coleman*
_____
**Magdeline D. Coleman
Chief United States Bankruptcy Judge**