Certificate Number: 03088-PAE-DE-039242538

Bankruptcy Case Number: 22-12178



03088-PAE-DE-039242538

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2025, at 9:46 o'clock PM CST, Carol Lynne McGee completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 14, 2025

By: /s/Anita Padilla

Name: Anita Padilla

Title: Counselor